# JOHN H. RING, III

### ATTORNEY AT LAW
### 385 CLEVELAND DRIVE
### BUFFALO, NEW YORK 14215

*Receipt # 11089229*

*1/20/10 cg*

TEL: (716) 831-1994

January 18, 2010

U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

  Re: George M. Donoghue/Dorothy A. Donoghue
     fdba Wishing Well Restaurant and Motel
     Bk. No. 02-17588K

Dear Sir/Madam:

  Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of George M. Donoghue/Dorothy A. Donoghue.

  Please note that this check was returned to my office as not deliverable. I then located a new address for the creditor and resent the check . To date, the same has not been returned to my office and has not been cashed. Therefore, I have stopped payment on this check since it is beyond the 90 day period and I am enclosing the Estate of George M. Donoghue/Dorothy A. Donoghue's check no. 115 in the amount of $132.51 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

  The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of George M. Donoghue/Dorothy A. Donoghue.

  Claim No. 2 - Bank One Retail Lending Auto     $132.51
       8620 N. 22nd Ave.
       Phoenix, AZ 85021-6036

  If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

        Very truly yours,

        JOHN H. RING, III

JHR/pls
Enc.



RECEIVED

JAN 20 2010

BANKRUPTCY COURT
BUFFALO, NY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

DONOGHUE, GEORGE M.
DONOGHUE, DOROTHY A.
FDBA WISHING WELL RESTAURANT AND
MOTEL

         Debtors.

Chapter 7

Case No. 02-17588 MJK

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 2 | Bank One Retail Lending Auto<br>8620 N. 22nd Ave.<br>Phoenix, AZ 85021-6036 | $3,174.46 | $132.51 |

**TOTAL UNCLAIMED DIVIDENDS:**  $ 132.51

Dated: January 18, 2010

JOHN H. RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994

