# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

*110 90143*
*6/28/10*
*$ 68.79*

June 26, 2010

TEL: (716) 831-1994

U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501



FILED JUN 28 2010 BANKRUPTCY COURT BUFFALO, N.Y.

    Re:    George M. Donoghue/Dorothy A. Donoghue
           fdba Wishing Well Restaurant and Motel
           Bk. No. 02-17588K

Dear Sir/Madam:

    Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of George M. Donoghue/Dorothy A. Donoghue.

    Please note that this check was returned to my office by the creditor requesting that I issue a new check since the one they had was stale dated. I reissued the check on January 18, 2010 and forwarded it to the creditor with a copy of their letter. To date, the same has not been returned to my office and has not been cashed. Therefore, I have stopped payment on this check since it is beyond the 90 day period and I am enclosing the Estate of George M. Donoghue/Dorothy A. Donoghue's check no. 10116 in the amount of $68.79 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

    The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of George M. Donoghue/Dorothy A. Donoghue.

    Claim No. 1 -  Verizon /RMCC                      $68.79
                       PO Box 6360
                   Syracuse, NY 13217

    If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

                                       Very truly yours,

                                       JOHN H. RING, III

JHR/pls
Enc.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK



In re:

DONOGHUE, GEORGE M.
DONOGHUE, DOROTHY A.
FDBA WISHING WELL RESTAURANT AND
MOTEL
        Debtors.

Chapter 7

Case No. 02-17588 MJK

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 1 | Verizon/RMCC<br>PO Box 6360<br>Syracuse, NY 13217 | $1,647.85 | $68.79 |

**TOTAL UNCLAIMED DIVIDENDS:**     $ __68.79__

Dated: June 25, 2010

_____
JOHN H. RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994